

# NUMBER 13-20-00412-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE DIANNA BERNSEN

On Petition for Writ of Habeas Corpus or Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator Dianna Bernsen filed a petition for "Writ of Habeas Corpus or Mandamus" and motion for emergency stay in the above cause on October 1, 2020, seeking to void the trial court's judgment of contempt. The judgment orders the Relator's confinement in the Nueces County jail for a period of ninety days. Through the motion for emergency stay, relator seeks to stay the trial court's judgment of contempt pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is

GRANTED and the trial court's judgment of contempt is ordered STAYED pending further order of this Court, or until the case is finally decided. See Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest[1], or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* Tex. R. App. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
5th day of October, 2020.

---

[1] Real parties in interest include: the ward Leon Bernsen Sr., the temporary guardian for the ward R. Clay Hoblit, Bernsen Farms, Ltd., Lynn Bernsen Allison, and Bradley Pickens.

2